# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul E. Orsello,

v.

Diane Orsello,

Case No. Civil 00-272 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," is denied.

2. This action is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii); and

3. This action is certified as not undertaken in good faith for purposes of 28 U.S.C. 1915(a)(3).

DATE: March 20, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

5